IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO,
EASTERN DIVISION

| | |
|---|---|
| FREDERICK ARTERS and BARBARA ARTERS<br><br>　　　　Plaintiffs,<br><br>v.<br><br>SANDOZ INC., FORMERLY KNOWN AS GENEVA PHARMACEUTICALS, INC., and EON LABS, INC., FORMERLY KNOWN AS EON LABS MANUFACTURING, INC.<br><br>　　　　Defendants. | Case No.: 2:10-cv-00142<br><br>**Judge James L. Graham**<br>**Magistrate Elizabeth Preston Deavers**<br><br>**Parties' Joint Motion To Stay Case Management Dates Pending Determination On Dispositive Motions** |

Defendants Sandoz Inc. and Eon Labs, Inc. and Plaintiff Frederick Arters,[1] having conferred among themselves, respectfully and jointly move this Court to stay the existing scheduling order (Dkt. 66) and continue the discovery period of this case pending a determination upon Defendants' Motion for Judgment on the Pleadings (Dkt. 67). The parties believe that the case dispositive issues addressed in that motion are threshold matters to this proceeding and wish to avoid the unnecessary expense of extensive fact discovery and expert discovery in the event that the motion is granted. In the event that the motion is denied, Plaintiff and Defendant will jointly request a scheduling conference to set a schedule to complete discovery.

---

[1] The claims of Plaintiff Barbara Arters were dismissed by the Court's March 22, 2012 Order (Dkt. 65).

|  | Respectfully Submitted, |
|---|---|
| *s/ Sanford A. Meizlish* <br> Sanford A. Meizlish <br> Barkan Neff Handelman Meizlish, LLP <br> 360 South Grant Avenue <br> Columbus, Ohio 43216-1989 <br> (614) 221-4221  Phone <br> (614) 744-2301  Fax <br> smeizlish@bnhmlaw.com <br><br> and <br><br> Kenneth G. Gilman <br> Gilman and Pastor, LLP <br> 16 14th Avenue <br> Wareham, MA  02571 <br> (508) 291-8400  Phone <br> (508) 291-3258  Fax <br> kgilman@gilmanpastor.com <br><br> Trial Attorneys for Plaintiff, Frederick Arters | *s/ David W. Walulik* <br> David W. Walulik  (Ohio 0076079) <br> FROST BROWN TODD LLC <br> 2200 PNC Center <br> 201 East Fifth Street <br> Cincinnati, Ohio  45202 <br> (513) 651-6800 (phone) <br> (513) 651-6981 (facsimile) <br> dwalulik@fbtlaw.com (e-mail) <br><br> Michael K. Yarbrough (Ohio 0023054) <br> Erika Schoenberger (Ohio 0077808) <br> FROST BROWN TODD, LLC <br> One Columbus, Suite 2300 <br> 10 West Broad Street <br> Columbus, OH  43215-3467 <br> (614) 559-7245 (phone) <br> (614) 464-1737 (fax) <br> myarbrough@fbtlaw.com (e-mail) <br> eschoenberger@fbtlaw.com (e-mail) <br><br> Of Counsel: <br><br> Ray M. Aragon, Esq. <br> MCKENNA LONG & ALDRIDGE LLP <br> 1900 K Street, NW <br> Washington, D.C.  20006 <br> (202) 496-7500 <br><br><br> Trial Attorneys for Defendants, Sandoz Inc. and Eon Labs, Inc. |

Dated:  January 16, 2013